No. 86–287.  CROWN OIL CORP. ET AL. v. LAPIDUS POPCORN, INC.  Appeal from Ct. App. Cal., 1st App. Dist.  Motion of Atlantic Richfield Co. et al. for leave to file a brief as amici curiae granted.  Appeal dismissed for want of jurisdiction.

No. 86–288.  RHODE ISLAND v. MATTATALL.  Sup. Ct. R. I.  Motion of respondent for leave to proceed in forma pauperis and certiorari granted.  Judgment vacated and case remanded for further consideration in light of Kuhlmann v. Wilson, 477 U. S. 436 (1986).

No. A–202.  KHABIRI ET AL. v. TOLL ET AL.  Application for injunction and other relief, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–262 (86–567).  CURRY ET AL. v. BAKER ET AL.  C. A. 11th Cir.  Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.  Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 106, Orig.  ILLINOIS v. KENTUCKY.  Motion for leave to file bill of complaint granted.  Defendant is allowed 60 days within which to file an answer.

No. 85–781.  BURKE, ACTING ARCHIVIST OF THE UNITED STATES, ET AL. v. BARNES ET AL.  C. A. D. C. Cir.  [Certiorari granted, 475 U. S. 1044.]  Motion of respondents for divided argument denied.  JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 85–1329.  YOUNG ET AL. v. UNITED STATES EX REL. VUITTON ET FILS S. A. ET AL.; and
No. 85–6207.  KLAYMINC v. UNITED STATES EX REL. VUITTON ET FILS S. A. ET AL.  C. A. 2d Cir.  [Certiorari granted, 477 U. S. 903.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.